IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TYRONE WASHINGTON, | § | |
| | § | No. 495, 2016 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 9909013061 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 26, 2017
Decided: July 20, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# **O R D E R**

This 20th day of July 2017, after careful consideration of the parties' briefs, we find it evident that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned letter opinion, dated September 21, 2016, denying the appellant's first, untimely filed, motion for postconviction relief.[1] The Superior Court was not required to request an affidavit from the appellant's trial counsel when the ineffective assistance of counsel claims were more than a decade old.[2]

---

[1] *State v. Washington*, 2016 WL 5239644 (Del. Super. Sept. 21, 2016).
[2] *Shockley v. State*, 2013 WL 167005, *2 (Del. Jan. 15, 2013).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice